Antonio Baldwin TAYLOR,
Plaintiff—Appellant,

v.

INGLES MARKETS,
INCORPORATED, Defendant—
Appellee.

No. 05–1045.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2005.

Decided: May 24, 2005.

Antonio Baldwin Taylor, Appellant pro se.

David Lee Terry, Parmele Price Calame, Dorothy Wilson Stark, Poyner & Spruill, L.L.P., Charlotte, North Carolina; Carroll Heiskell Roe, Jr., William Alexander Coates, Roe, Cassidy, Coates & Price, P.A., Greenville, South Carolina, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio Baldwin Taylor appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of

Ingles Markets, Inc., in Taylor's employment discrimination action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Taylor v. Ingles Markets, Inc.*, No. CA–02–4072–8–27 (D.S.C. Dec. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*